

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00256-CV

_____

## IN RE MADISON MILLER

_____

## Original Proceeding

_____

**From the 21st District Court**
**Burleson County, Texas**
**Trial Court No. 30654**

---

## MEMORANDUM  OPINION

---

The Petition for Writ of Mandamus filed by Relator Madison Miller on August 25,

2023, is denied.


           MATT JOHNSON
           Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
(Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed January 18, 2024
[OT06]